UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re: §
 §
SELCKE, STEVEN RONALD § Case No. 10-29031
 §
Debtor(s) §

TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter    of the United States Bankruptcy Code was filed on      . The undersigned trustee was appointed on       .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                      $

   Funds were disbursed in the following amounts:

   Payments made under an interim disbursement
   Administrative expenses
   Bank service fees
   Other payments to creditors
   Non-estate funds paid to 3rd Parties
   Exemptions paid to the debtor
   Other payments to the debtor

   Leaving a balance on hand of[1]                    $

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

   5.  Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

   6.  The deadline for filing non-governmental claims in this case was _____ and the deadline for filing governmental claims was _____.  All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

   7.  The Trustee's proposed distribution is attached as **Exhibit D**.

   8.  Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ _____ .  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

   The trustee has received $ _____ as interim compensation and now requests a sum of $ _____ , for a total compensation of $ _____ [2].  In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ _____ , and now requests reimbursement for expenses of $ _____ , for total expenses of $ _____ [2].

   Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____  By:/s/Roy Safanda_____
               Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1
Exhibit A

| Case No: | 10-29031 | MB | Judge: Manuel Barbosa | Trustee Name: | Roy Safanda |
|---|---|---|---|---|---|
| Case Name: | SELCKE, STEVEN RONALD | | | Date Filed (f) or Converted (c): | 06/29/10 (f) |
| | | | | 341(a) Meeting Date: | 08/04/10 |
| For Period Ending: | 07/09/12 | | | Claims Bar Date: | 04/06/11 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. S.Elgin RE | 137,500.00 | 0.00 | DA | 0.00 | FA |
| 2. F&V RE | 16,800.00 | 0.00 | | 0.00 | FA |
| 3. Kramer RE | 350.00 | 0.00 | DA | 0.00 | FA |
| 4. Lake St RE | 7,700.00 | 0.00 | DA | 0.00 | FA |
| 5. Park Ave. RE | 350.00 | 0.00 | DA | 0.00 | FA |
| 6. Cash | 100.00 | 0.00 | DA | 0.00 | FA |
| 7. PNC Checking | 100.00 | 0.00 | DA | 0.00 | FA |
| 8. PNC Checking | 100.00 | 0.00 | DA | 0.00 | FA |
| 9. Chase Checking | 255.00 | 0.00 | DA | 0.00 | FA |
| 10. Chase Savings | 342.00 | 0.00 | DA | 0.00 | FA |
| 11. Household | 1,500.00 | 0.00 | DA | 0.00 | FA |
| 12. CDs | 30.00 | 0.00 | DA | 0.00 | FA |
| 13. Camera | 50.00 | 0.00 | DA | 0.00 | FA |
| 14. IRA | 3,500.00 | 0.00 | DA | 0.00 | FA |
| 15. IL. Tax Refund | 2,000.00 | 2,000.00 | | 0.00 | 2,000.00 |
| 16. Fed. Tax Redund | 12,000.00 | 12,000.00 | | 10,925.00 | 1,075.00 |
| 17. 2003 Honda | 1,200.00 | 0.00 | DA | 0.00 | FA |
| 18. 1999 Ford | 1,300.00 | 0.00 | DA | 0.00 | FA |
| 19. Trailer, Pace | 500.00 | 0.00 | DA | 0.00 | FA |
| 20. Trailer, Pace | 200.00 | 0.00 | DA | 0.00 | FA |
| 21. 2006 Ford | 8,000.00 | 0.00 | DA | 0.00 | FA |
| 22. 2006 Honda | 18,000.00 | 0.00 | DA | 0.00 | FA |
| 23. MINO Ltd. (u) | 0.00 | Unknown | | 0.00 | Unknown |
| 24. Selcke Trust | 7,300.00 | Unknown | | 7,333.00 | Unknown |
| 25. Interest (u) | Unknown | N/A | | 15.46 | Unknown |
| 26. Preferential Transfer (u) | 2,500.00 | 0.00 | | 2,500.00 | FA |

LFORM1  UST Form 101-7-TFR (5/1/2011) *(Page: 3)*                                Ver: 16.06b

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| | | |
|---|---|---|
| Case No: 10-29031    MB    Judge: Manuel Barbosa | Trustee Name: | Roy Safanda |
| Case Name: SELCKE, STEVEN RONALD | Date Filed (f) or Converted (c): | 06/29/10 (f) |
| | 341(a) Meeting Date: | 08/04/10 |
| | Claims Bar Date: | 04/06/11 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| Preferential Trasfer Settlement | | | | | |
| TOTALS (Excluding Unknown Values) | $221,677.00 | $14,000.00 | | $20,773.46 | Gross Value of Remaining Assets $3,075.00 (Total Dollar Amount in Column 6) |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Will appoint attny. to investigate trust & LLC

Initial Projected Date of Final Report (TFR): 01/01/12    Current Projected Date of Final Report (TFR): 01/01/13

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit B

| Case No: | 10-29031 -MB | Trustee Name: | Roy Safanda |
|---|---|---|---|
| Case Name: | SELCKE, STEVEN RONALD | Bank Name: | Old Second National Bank |
| | | Account Number / CD #: | *******1010  Checking Account |
| Taxpayer ID No: | *******8365 | | |
| For Period Ending: | 07/09/12 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 01/06/11 | 24 | Selcke Trust | Trust Dist. | 1223-000 | 1,333.00 | | 1,333.00 |
| 04/12/11 | | Transfer from Acct #*******1028 | Bank Funds Transfer | 9999-000 | 6,002.79 | | 7,335.79 |
| 04/14/11 | 001001 | The Estate of Steven Ronald Selcke | Transf. funds to Cap One | 9999-000 | | 7,335.79 | 0.00 |

|  |  |  |  |
|---|---|---|---|
| COLUMN TOTALS | | 7,335.79 | 7,335.79 | 0.00 |
| Less: Bank Transfers/CD's | | 6,002.79 | 7,335.79 | |
| Subtotal | | 1,333.00 | 0.00 | |
| Less: Payments to Debtors | | | 0.00 | |
| Net | | 1,333.00 | 0.00 | |

Page Subtotals     7,335.79     7,335.79

FORM 2

Page: 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | |  | | |
|---|---|---|---|---|
| Case No: | 10-29031 -MB | | Trustee Name: | Roy Safanda |
| Case Name: | SELCKE, STEVEN RONALD | | Bank Name: | Old Second National Bank |
| | | | Account Number / CD #: | *******1028 Money Market Account |
| Taxpayer ID No: | *******8365 | | | |
| For Period Ending: | 07/09/12 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 01/06/11 | 24 | Selcke Trust | Trust Dist. | 1223-000 | 6,000.00 | | 6,000.00 |
| 01/31/11 | 25 | Old Second National Bank | INTEREST | 1270-000 | 0.85 | | 6,000.85 |
| 02/28/11 | 25 | Old Second National Bank | INTEREST | 1270-000 | 0.92 | | 6,001.77 |
| 03/31/11 | 25 | Old Second National Bank | INTEREST | 1270-000 | 1.02 | | 6,002.79 |
| 04/12/11 | | Transfer to Acct #*******1010 | Bank Funds Transfer | 9999-000 | | 6,002.79 | 0.00 |

|  |  |  |  |
|---|---|---|---|
| COLUMN TOTALS | 6,002.79 | 6,002.79 | 0.00 |
| Less: Bank Transfers/CD's | 0.00 | 6,002.79 | |
| Subtotal | 6,002.79 | 0.00 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 6,002.79 | 0.00 | |

Page Subtotals   6,002.79   6,002.79

UST Form 101-7-TFR (5/1/2011) *(Page: 6)*

LFORM24

Ver: 16.06b

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| Case No: | 10-29031 -MB | | Trustee Name: | Roy Safanda |
| Case Name: | SELCKE, STEVEN RONALD | | Bank Name: | Capital One |
| | | | Account Number / CD #: | *******7374 Money Market Account |
| Taxpayer ID No: | *******8365 | | | |
| For Period Ending: | 07/09/12 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 04/14/11 | | The Estate of Steven Ronald Selcke | Transf. funds to Cap One | 9999-000 | 7,335.79 | | 7,335.79 |
| 05/31/11 | 25 | Capital One | Interest Rate 0.000 | 1270-000 | 0.78 | | 7,336.57 |
| 06/30/11 | 25 | Capital One | INTEREST REC'D FROM BANK | 1270-000 | 0.48 | | 7,337.05 |
| 07/29/11 | 25 | Capital One | Interest Rate 0.000 | 1270-000 | 0.50 | | 7,337.55 |
| 08/31/11 | 25 | Capital One | Interest Rate 0.000 | 1270-000 | 0.43 | | 7,337.98 |
| 09/09/11 | 16 | Steven R. Selcke | | 1124-000 | 8,705.00 | | 16,042.98 |
| 09/30/11 | 25 | Capital One | Interest Rate 0.080 | 1270-000 | 0.83 | | 16,043.81 |
| 10/20/11 | 16 | Steve Selcke | | 1124-000 | 2,220.00 | | 18,263.81 |
| 10/31/11 | 25 | Capital One | Interest Rate 0.080 | 1270-000 | 1.13 | | 18,264.94 |
| 11/30/11 | 25 | Capital One | Interest Rate 0.080 | 1270-000 | 1.20 | | 18,266.14 |
| 12/30/11 | 25 | Capital One | Interest Rate 0.080 | 1270-000 | 1.24 | | 18,267.38 |
| 01/31/12 | 25 | Capital One | Interest Rate 0.080 | 1270-000 | 1.24 | | 18,268.62 |
| 02/29/12 | 25 | Capital One | Interest Rate 0.080 | 1270-000 | 1.16 | | 18,269.78 |
| 03/30/12 | 25 | Capital One | Interest Rate 0.080 | 1270-000 | 1.24 | | 18,271.02 |
| 04/30/12 | 25 | Capital One | Interest Rate 0.080 | 1270-000 | 1.20 | | 18,272.22 |
| 05/31/12 | 25 | Capital One | Interest Rate 0.080 | 1270-000 | 1.24 | | 18,273.46 |
| 06/01/12 | | Transfer to Acct #*******7382 | Bank Funds Transfer | 9999-000 | | 18,273.46 | 0.00 |

| | | |
|---|---|---|
| COLUMN TOTALS | 18,273.46 | 18,273.46 | 0.00 |
| Less: Bank Transfers/CD's | 7,335.79 | 18,273.46 | |
| Subtotal | 10,937.67 | 0.00 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 10,937.67 | 0.00 | |

Page Subtotals 18,273.46 18,273.46

UST Form 101-7-TFR (5/1/2011) *(Page: 7)*

LFORM24

Ver: 16.06b

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 4
Exhibit B

| Case No: | 10-29031 -MB | Trustee Name: | Roy Safanda |
|---|---|---|---|
| Case Name: | SELCKE, STEVEN RONALD | Bank Name: | Capital One |
| | | Account Number / CD #: | *******7382  Checking Account |
| Taxpayer ID No: | *******8365 | | |
| For Period Ending: | 07/09/12 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 06/01/12 | 26 | Julie A. Selcke | Preferential Transfer Settlement | 1241-000 | 2,500.00 | | 2,500.00 |
| 06/01/12 | | Transfer from Acct #*******7374 | Bank Funds Transfer | 9999-000 | 18,273.46 | | 20,773.46 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 20,773.46 | 0.00 | 20,773.46 |
| Less:  Bank Transfers/CD's | 18,273.46 | 0.00 | |
| Subtotal | 2,500.00 | 0.00 | |
| Less:  Payments to Debtors | | 0.00 | |
| Net | 2,500.00 | 0.00 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Checking Account - ********1010 | 1,333.00 | 0.00 | 0.00 |
| Money Market Account - ********1028 | 6,002.79 | 0.00 | 0.00 |
| Money Market Account - ********7374 | 10,937.67 | 0.00 | 0.00 |
| Checking Account - ********7382 | 2,500.00 | 0.00 | 20,773.46 |
| | ----------------------- | ----------------------- | ----------------------- |
| | 20,773.46 | 0.00 | 20,773.46 |
| | ============= | ============= | ============= |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals    20,773.46    0.00

UST Form 101-7-TFR (5/1/2011) *(Page: 8)*                                                                                   Ver: 16.06b
LFORM24

| Page 1 | | EXHIBIT C<br>ANALYSIS OF CLAIMS REGISTER | | | | Date: July 09, 2012 |
|---|---|---|---|---|---|---|

Case Number: 10-29031  
Debtor Name: SELCKE, STEVEN RONALD  

Claim Type Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 001<br>2700-00 | Clerk of the U.S. Bankruptcy Code | Administrative | | $293.00 | $0.00 | $293.00 |
| 001<br>3110-00 | Roy Safanda<br>Trustee's Attorney<br>Safanda Law Firm<br>111 East Side Dr.<br>Geneva, IL 60134 | Administrative | | $2,512.50 | $0.00 | $2,512.50 |
| 001<br>3110-00 | Thomas E. Springer<br>Springer, Brown, et al.<br>400 S. County Farm Rd., Ste. 330<br>Wheaton, IL 60187 | Administrative | | $10,586.50 | $0.00 | $10,586.50 |
| 000001<br>070<br>7100-00 | CIT Technology Financing Services Inc<br>Bankruptcy Processing Solutions Inc<br>800 E Sonterra Blvd Suite 240<br>San Antonio, TX 78258 | Unsecured | | $0.00 | $0.00 | $0.00 |
| 000002<br>070<br>7100-00 | Water ONe<br>960 Muirfield Dr.<br>Hanover Park, IL 60133 | Unsecured | | $0.00 | $0.00 | $0.00 |
| 000003<br>070<br>7100-00 | James J. Ricke and Carol Ricke<br>770 W. Hawthorne Lane<br>West Chicago, IL 60185 | Unsecured | | $31,220.54 | $0.00 | $31,220.54 |
| 000004<br>070<br>7100-00 | Calco Ltd.<br>960 Muirfield Dr.<br>Hanover Park, IL 60133 | Unsecured | | $0.00 | $0.00 | $0.00 |
| 000005<br>070<br>7100-00 | PYOD LLC its successors and assigns<br>as assignee of<br>Citibank, NA<br>c/o Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602- | Unsecured | | $10,038.97 | $0.00 | $10,038.97 |
| 000006<br>070<br>7100-00 | Steiner Electriic Company<br>1275 Touhy Ave.<br>Elk Grove Village, IL 60007 | Unsecured | | $0.00 | $0.00 | $0.00 |
| 000007<br>070<br>7100-00 | Julie A Selcke<br>125 Lakeview Dr #208<br>Bloomingdale, IL 60108 | Unsecured | | $55,544.25 | $0.00 | $55,544.25 |
| | Case Totals: | | | $110,195.76 | $0.00 | $110,195.76 |

Code #: Trustee's Claim Number, Priority Code, Claim Type

### TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 10-29031
Case Name: SELCKE, STEVEN RONALD
Trustee Name: Roy Safanda

Balance on hand $

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
| --- | --- | --- | --- |
| Trustee Fees: Roy Safanda | $ | $ | $ |
| Trustee Expenses: Roy Safanda | $ | $ | $ |
| Attorney for Trustee Fees: Roy Safanda | $ | $ | $ |
| Charges: Clerk of the U.S. Bankruptcy Code | $ | $ | $ |
| Other: Thomas E. Springer | $ | $ | $ |

Total to be paid for chapter 7 administrative expenses     $_____

Remaining Balance     $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $       must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

    The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

    Timely claims of general (unsecured) creditors totaling $         have been allowed and will be paid *pro* *rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be      percent, plus interest (if applicable).

    Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000003 | James J. Ricke and Carol Ricke<br>770 W. Hawthorne Lane<br>West Chicago, IL 60185 | $ | $ | $ |
| 000005 | PYOD LLC its successors and assigns as assignee of Citibank, NA<br>c/o Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602- | $ | $ | $ |
| 000007 | Julie A Selcke<br>125 Lakeview Dr #208<br>Bloomingdale, IL 60108 | $ | $ | $ |

    Total to be paid to timely general unsecured creditors    $_____

    Remaining Balance    $_____

    Tardily filed claims of general (unsecured) creditors totaling $         have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be      percent.

    Tardily filed general (unsecured) claims are as follows:

NONE

    Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $      have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be      percent.

    Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE