UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: §
§
SELCKE, STEVEN RONALD § Case No. 10-29031
§
Debtor(s) §

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

   Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Roy Safanda, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

   The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
   
   US Courthouse
   Bankruptcy Clerk
   Assignment Desk, Rm 710
   219 S. Dearborn St.
   Chicago, IL  60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 0 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:00 AM on 08/30/2012 in Courtroom 250,
   US Courthouse
   100 S. 3rd St.
   Geneva, IL  60134
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 07/23/2012          By: _____


*Roy Safanda*
*111 East Side Drive*
*Geneva, IL 60134*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| In re: | § | |
|---|---|---|
| | § | |
| SELCKE, STEVEN RONALD | § | Case No. 10-29031 |
| | § | |
| Debtor(s) | § | |

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| The Final Report shows receipts of | $ | 20,773.46 |
| and approved disbursements of | $ | 0.00 |
| leaving a balance on hand of[1] | $ | 20,773.46 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee Fees: Roy Safanda | $ 2,827.35 | $ 0.00 | $ 2,827.35 |
| Trustee Expenses: Roy Safanda | $ 141.46 | $ 0.00 | $ 141.46 |
| Attorney for Trustee Fees: Roy Safanda | $ 2,512.50 | $ 0.00 | $ 2,512.50 |
| Charges: Clerk of the U.S. Bankruptcy Code | $ 293.00 | $ 0.00 | $ 293.00 |
| Other: Thomas E. Springer | $ 10,586.50 | $ 0.00 | $ 10,586.50 |

| | |
|---|---:|
| Total to be paid for chapter 7 administrative expenses | $ 16,360.81 |
| Remaining Balance | $ 4,412.65 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) *(Page: 2)*

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00  must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 96,803.76  have been allowed and will be paid pro rata only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 4.6 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000003 | James J. Ricke and Carol Ricke<br>770 W. Hawthorne Lane<br>West Chicago, IL 60185 | $ 31,220.54 | $ 0.00 | $ 1,423.14 |
| 000005 | PYOD LLC its successors and assigns as assignee of<br>Citibank, NA<br>c/o Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602- | $ 10,038.97 | $ 0.00 | $ 457.61 |
| 000007 | Julie A Selcke<br>125 Lakeview Dr #208<br>Bloomingdale, IL 60108 | $ 55,544.25 | $ 0.00 | $ 2,531.90 |
| | Total to be paid to timely general unsecured creditors | | | $ 4,412.65 |
| | Remaining Balance | | | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/ Roy Safanda
Trustee

*Roy Safanda*
*111 East Side Drive*
*Geneva, IL 60134*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

```
                               United States Bankruptcy Court
                                Northern District of Illinois

In re:                                                             Case No. 10-29031-MB
Steven Ronald Selcke                                               Chapter 7
         Debtor
                               CERTIFICATE OF NOTICE
District/off: 0752-1         User: mgonzalez             Page 1 of 3                    Date Rcvd: Jul 24, 2012
                             Form ID: pdf006             Total Noticed: 52


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 26, 2012.
db           +Steven Ronald Selcke,    1630 Raymond Street,    South Elgin, IL 60177-1328
15779651     +AT&T,   Bankruptcy Dept,    6021 S. Rio Grande Ave., 1st Floor,    Orlando, FL 32809-4613
15779646    #+Alliant Law Group, PC,    2841 Junction Ave., Suite 128,    San Jose, CA 95134-1938
15779645     +Alliant Law Group, PC,    P.O.Box 468569,    Atlanta, GA 31146-8569
15779648     +American Express,    c/o Becket and Lee,    P.O. Box 3001,   Malvern, PA 19355-0701
15779647     +American Express,    Box 0001,   Los Angeles, CA 90096-8000
15779649     +Anchor Danly Inc.,    255 Industrial Pkwy,    Ithaca, MI 48847-9476
15779650     +Arnold Scott Harris,    222 Merchandise Mart Plaza, #1932,    P.O. Box 5625,
               Chicago, IL 60680-5625
15779653     +Baker, Govern & Baker,    7771 W. Oakland Park Blvd.,    Suite 240,
               Fort Lauderdale, FL 33351-6747
15779654     +Brian Smith,    5334 W. Grace,   Chicago, IL 60641-3336
15779655     +Burhop Box,    1071 W. Division,    Chicago, IL 60642-4206
15877564    +++CIT Technology Financing Services Inc,    c/o Bankruptcy Processing Solutions Inc,
               1162 E Sonterra Blvd Suite 130,    San Antonio, Texas 78258-4048
15779656     +Caine & Weiner,    1699 E. Woodfield Road,    Schaumburg, IL 60173-4935
15779657     +Calco Ltd.,    960 Muirfield Dr.,   Hanover Park, IL 60133-5457
15779659     +Carmax Aufo Finance,    Attn: Bankruptcy,    Po Box 440609,   Kennesaw, GA 30160-9511
15779661     +Citibank SD, NA,    Attn: Centralized Bankruptcy,    Po Box 20507,    Kansas City, MO 64195-0507
15779662     +Citibank USA,    Attn.: Centralized Bankruptcy,    Po Box 20363,    Kansas City, MO 64195-0363
15779663     +Codilis & Associates, PC,    15W030 N. Frontage Rd.,    Burr Ridge, IL 60527-6921
15779666     +Cybor Fire Protection,    5123 Thatcher Rd.,    Downers Grove, IL 60515-4029
15779667     +Dukes Oil Service,    783 Fairway Dr.,    Bensenville, IL 60106-1310
15779668     +Honigman, Miller, Schwartz & Cohn,    2290 First National Bldg,    Detroit, MI 48226-3583
15779670    +++James J. Ricke and Carol Ricke,    770 W. Hawthorne Lane,    West Chicago, IL 60185-1968
16966670     +Julie A Selcke,    125 Lakeview Dr #208,    Bloomingdale, IL 60108-1245
15779671     +Konica Minolta,    P.O. Box 550599,    Jacksonville, FL 32255-0599
15779672     +Mark A. Krage,    Shanahan & Krage LLC,    1635 Shanahan Dr.,   South Elgin, IL 60177-2276
15779673     +McCarthy, Burgess & Wolff,    26000 Cannon Rd,    Cleveland, OH 44146-1807
15779674      McMaster-Carr Supply,    P.O. Box 5370,    Princeton, NJ 08543-5370
15779675     +Mid-American Energy,    P.O. Box 8020,    Davenport, IA 52808-8020
15779676     +National City,    Attn: Bankruptcy,    Po Box 5570,    Cleveland, OH 44101-0570
15779679    #+Nordic Energy Services,    625 Plainfield Rd., Suite 226,    Willowbrook, IL 60527-5368
15779682     +PITNEY BOWES GLOBAL FINANCIAL SVCS,    C/O C T CORPORATION SYSTEM,    208 SO LASALLE ST, SUITE 814,
               CHICAGO, IL 60604-1101
15779680      Peter M. LaSorsa,    7109 S. Ridgebrook Dr.,    Mapleton, IL 61547-9601
15779683     +Revere Electric,    2501 W. Washington Blvd.,    Chicago, IL 60612-2188
15779684     +Steiner Electriic Company,    1275 Touhy Ave.,    Elk Grove Village, IL 60007-5301
15779685     +Torres Credit Services,    27 Fairview Street, Suite 301,    Carlisle, PA 17015-3200
15779686     +UNITED PARCEL SERVICE, INC.,    ILLINOIS CORPORATION SERVICE CO,    801 ADLAI STEVENSON DRIVE,
               SPRINGFIELD, IL 62703-4261
15779687     +UPS,   UPS Lock Box 577,    Carol Stream, IL 60132-0001
15779688     +UPS Freight,    28013 Network Place,    Chicago, IL 60673-1280
15779690     +Water ONe,    960 Muirfield Dr.,   Hanover Park, IL 60133-5457
15779691     +Wells Fargo Home Mortgage,    3476 Stateview Blvd.,    Fort Mill, SC 29715-7203
15779692      Wholesale Collection Assn.,    P.O. Box 48146,    Niles, IL 60714

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
15779652     +E-mail/Text: skuhlmann@atlaslift.com Jul 25 2012 05:11:21      Atlas Companies,
               5050 N. River Road,    Schiller Park, IL 60176-1092
15779660     +E-mail/Text: citjaxbankruptcy@cit.com Jul 25 2012 05:07:46      CIT Technology Financing,
               10201 Centurion Pkwy North,    Jacksonville, FL 32256-4114
15779658     +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jul 25 2012 08:17:37       Capital One, N.A.,
               C/O American Infosource,    Po Box 54529,    Oklahoma City, OK 73154-1529
15779664      E-mail/Text: legalcollections@comed.com Jul 25 2012 05:09:41      ComEd,    P.O.Box 6111,
               Carol Stream, IL 60197-6111
15779665     +E-mail/Text: legalcollections@comed.com Jul 25 2012 05:09:41      Commonwealth Edison Company,
               Legal Revenue Recovery/Claims Dept,    Three Lincoln Center,    Oakbrook Terrace, IL 60181-4204
15779669      E-mail/Text: Bankruptcy@icsystem.com Jul 25 2012 05:37:50      IC Systems,    444 Highway 96 East,
               P.O. Box 64437,    Saint Paul, MN 55164-0437
15779677     +E-mail/Text: bankrup@nicor.com Jul 25 2012 05:07:10      Nicor,
               Attention: Bankruptcy & Collections,    PO Box 549,    Aurora, IL 60507-0549
15779678     +E-mail/Text: bankrup@nicor.com Jul 25 2012 05:07:10      Nicor Gas,    PO Box 2020,
               Aurora, IL 60507-2020
16905127     +E-mail/Text: resurgentbknotifications@resurgent.com Jul 25 2012 05:06:26
               PYOD LLC its successors and assigns as assignee of,    Citibank, NA,
               c/o Resurgent Capital Services,    PO Box 19008,    Greenville, SC 29602-9008
15779681     +E-mail/Text: bankruptcy@pb.com Jul 25 2012 05:09:42      Pitney Bowes,    Collections Department,
               PO Box 856390,    Louisville, KY 40285-6390
15779689     +E-mail/Text: SCD_BankruptcyNotices@Grainger.com Jul 25 2012 05:35:04       W.W. Grainger, Inc.,
               Dept. 801891169,    Palatine, IL 60038-0001
                                                                                               TOTAL: 11
```

```
District/off: 0752-1              User: mgonzalez             Page 2 of 3                  Date Rcvd: Jul 24, 2012
                                  Form ID: pdf006             Total Noticed: 52
```

          ***** BYPASSED RECIPIENTS (continued) *****

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '+++' were transmitted to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(e).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jul 26, 2012**                    **Signature:**    _Joseph Speetjens_

```
District/off: 0752-1          User: mgonzalez              Page 3 of 3                   Date Rcvd: Jul 24, 2012
                              Form ID: pdf006              Total Noticed: 52
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 23, 2012 at the address(es) listed below:
```
              Alfredo J Garcia     on behalf of Debtor Steven Selcke notice@ledfordwu.com,
               courtnotice@ledfordwu.com;lwnotice@gmail.com
              Carl F Safanda     on behalf of Trustee Roy Safanda csafanda@xnet.com
              Elizabeth A. Bates     on behalf of Trustee Roy Safanda ebates@springerbrown.com
              Gloria C  Tsotsos     on behalf of Creditor   Wells Fargo Bank NA nd-three@il.cslegal.com
              Jose G Moreno     on behalf of Creditor   Wells Fargo Bank NA nd-one@il.cslegal.com
              Joshua D Greene     on behalf of Plaintiff Roy Safanda jgreene@springerbrown.com,
               sellis@springerbrown.com
              Kathleen  Vaught     on behalf of Defendant Julie Selcke attykv@yahoo.com
              Monette W Cope     on behalf of Creditor   PNC Bank, N.A., Successor by Merger to National City Bank
               ecfnil@weltman.com
              Nicole K Fishkin     on behalf of Trustee Roy Safanda nfishkin@otrlaw.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Roy  Safanda    rsafanda@xnet.com,    rsafanda@ecf.epiqsystems.com
              Roy  Safanda, Esq    on behalf of Plaintiff Roy Safanda rsafanda@xnet.com
              Thomas E Springer     on behalf of Plaintiff Roy Safanda tspringer@springerbrown.com,
               jkrafcisin@springerbrown.com
              Thomas E Springer    tspringer@springerbrown.com,
               tspringer@ecf.epiqsystems.com;jkrafcisin@springerbrown.com
              Xiaoming  Wu    on behalf of Debtor Steven Selcke notice@ledfordwu.com,
               courtnotice@ledfordwu.com;lwnotice@gmail.com
                                                                                             TOTAL: 15
```