UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re:                              §
                                    §
SELCKE, STEVEN RONALD               §    Case No. 10-29031
                                    §
                                    §
        Debtor(s)                   §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Roy Safanda, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned:                              Assets Exempt:
*(Without deducting any secured claims)*

Total Distributions to Claimants:              Claims Discharged
                                               Without Payment:

Total Expenses of Administration:

---

3) Total gross receipts of $          (see **Exhibit 1**), minus funds paid to the debtor and third parties of $       (see **Exhibit 2**), yielded net receipts of $            from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4) This case was originally filed under chapter  on         . The case was pending for    months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____    By:/s/Roy Safanda_____
                                                                Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
| **TOTAL GROSS RECEIPTS** |  | **$** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** |  |  | **$** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Carmax Aufo Finance Attn: Bankruptcy Po Box 440609 Kennesaw, GA 30160 |  |  |  |  |  |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Codilis & Associates, PC 15W030 N. Frontage Rd. Burr Ridge, IL 60527 | | | | | |
| | National City Attn: Bankruptcy Po Box 5570 Cleveland, OH 44101 | | | | | |
| | Wells Fargo Home Mortgage 3476 Stateview Blvd Fort Mill, SC 29715 | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| ROY SAFANDA | | | | | |
| ROY SAFANDA | | | | | |
| CLERK OF THE U.S. BANKRUPTCY CODE | | | | | |
| ROY SAFANDA | | | | | |
| THOMAS E. SPRINGER | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | AT&T Bankruptcy Dept 6021 S. Rio Grande Ave., 1st Floor Orlando, FL 32859 | | | | | |
| | Alliant Law Group, PC 2841 Junction Ave., Suite 128 San Jose, CA 95134 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Alliant Law Group, PC P.O.Box 468569 Atlanta, GA 31146 | | | | | |
| | American Express Box 0001 Los Angeles, CA 90096 | | | | | |
| | American Express Box 0001 Los Angeles, CA 90096 | | | | | |
| | American Express c/o Becket and Lee P.O. Box 3001 Malvern, PA 19355 | | | | | |
| | American Express c/o Becket and Lee P.O. Box 3001 Malvern, PA 19355 | | | | | |
| | Anchor Danly Inc. 255 Industrial Pkwy Ithaca, MI 48847 | | | | | |
| | Arnold Scott Harris 222 Merchandise Mart Plaza, #1932 P.O. Box 5625 Chicago, IL 60680 | | | | | |
| | Atlas Companies 5050 N. River Road Schiller Park, IL 60176 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Baker, Govern & Baker 7771 W. Oakland Park Blvd. Suite 240 Fort Lauderdale, FL 33351 | | | | | |
| | Brian Smith 5334 W. Grace Chicago, IL 60641 | | | | | |
| | Burhop Box 1071 W. Division Chicago, IL 60642 | | | | | |
| | Caine & Weiner 1699 E. Woodfield Road Schaumburg, IL 60173 | | | | | |
| | Caine & Weiner 1699 E. Woodfield Road Schaumburg, IL 60173 | | | | | |
| | Caine & Weiner 1699 E. Woodfield Road Schaumburg, IL 60173 | | | | | |
| | Capital One, N.A. C/O American Infosource Po Box 54529 Oklahoma City, OK 73154 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Citibank USA Attn.: Centralized Bankruptcy Po Box 20363 Kansas City, MO 64195 | | | | | |
| | ComEd P.O.Box 6111 Carol Stream, IL 60197-6111 | | | | | |
| | Commonwealth Edison Company Legal Revenue Recovery/Claims Dept Three Lincoln Center Oakbrook Terrace, IL 60181 | | | | | |
| | Cybor Fire Protection 5123 Thatcher Rd. Downers Grove, IL 60515 | | | | | |
| | Dukes Oil Service 783 Fairway Dr. Bensenville, IL 60106 | | | | | |
| | Honigman, Miller, Schwartz & Cohn 2290 First National Bldg Detroit, MI 48226 | | | | | |
| | IC Systems 444 Highway 96 East P.O. Box 64437 Saint Paul, MN 55164-0437 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Konica Minolta P.O. Box 550599 Jacksonville, FL 32255 | | | | | |
| | Mark A. Krage Shanahan & Krage LLC 1635 Shanahan Dr. South Elgin, IL 60177 | | | | | |
| | McCarthy, Burgess & Wolff 26000 Cannon Rd Cleveland, OH 44146 | | | | | |
| | McMaster-Carr Supply P.O. Box 5370 Princeton, NJ 08543-5370 | | | | | |
| | Mid-American Energy P.O. Box 8020 Davenport, IA 52808 | | | | | |
| | Nicor Attention: Bankruptcy & Collections PO Box 549 Aurora, IL 60507 | | | | | |
| | Nicor Gas PO Box 2020 Aurora, IL 60507 | | | | | |
| | Nordic Energy Services 625 Plainfield Rd., Suite 226 Willowbrook, IL 60527 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | PITNEY BOWES GLOBAL FINANCIAL SVCS C/O C T CORPORATION SYSTEM 208 SO LASALLE ST, SUITE 814 CHICAGO, IL 60604 | | | | | |
| | Peter M. LaSorsa 7109 S. Ridgebrook Dr. Mapleton, IL 61547-9601 | | | | | |
| | Pitney Bowes Collections Department PO Box 856390 Louisville, KY 40285 | | | | | |
| | Revere Electric 2501 W. Washington Blvd. Chicago, IL 60612 | | | | | |
| | Torres Credit Services 27 Fairview Street, Suite 301 Carlisle, PA 17013 | | | | | |
| | UNITED PARCEL SERVICE, INC. ILLINOIS CORPORATION SERVICE CO 801 ADLAI STEVENSON DRIVE SPRINGFIELD, IL 62703 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | UPS Freight 28013 Network Place Chicago, IL 60673 | | | | | |
| | UPS UPS Lock Box 577 Carol Stream, IL 60132 | | | | | |
| | W.W. Grainger, Inc. Dept. 801891169 Palatine, IL 60038 | | | | | |
| | Wholesale Collection Assn. P.O. Box 48146 Niles, IL 60714 | | | | | |
| 000004 | CALCO LTD. | | | | | |
| 000001 | CIT TECHNOLOGY FINANCING SERVICES I | | | | | |
| 000003 | JAMES J. RICKE AND CAROL RICKE | | | | | |
| 000007 | JULIE A SELCKE | | | | | |
| 000005 | PYOD LLC ITS SUCCESSORS AND ASSIGNS | | | | | |
| 000006 | STEINER ELECTRIIC COMPANY | | | | | |
| 000002 | WATER ONE | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

# INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

Page: 1

Exhibit 8

| | | |
|---|---|---|
| Case No: | 10-29031   MB   Judge: Manuel Barbosa | |
| Case Name: | SELCKE, STEVEN RONALD | |
| For Period Ending: | 11/28/12 | |

| | |
|---|---|
| Trustee Name: | Roy Safanda |
| Date Filed (f) or Converted (c): | 06/29/10 (f) |
| 341(a) Meeting Date: | 08/04/10 |
| Claims Bar Date: | 04/06/11 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. S.Elgin RE | 137,500.00 | 0.00 | | 0.00 | FA |
| 2. F&V RE | 16,800.00 | 0.00 | | 0.00 | FA |
| 3. Kramer RE | 350.00 | 0.00 | | 0.00 | FA |
| 4. Lake St RE | 7,700.00 | 0.00 | | 0.00 | FA |
| 5. Park Ave. RE | 350.00 | 0.00 | | 0.00 | FA |
| 6. Cash | 100.00 | 0.00 | | 0.00 | FA |
| 7. PNC Checking | 100.00 | 0.00 | | 0.00 | FA |
| 8. PNC Checking | 100.00 | 0.00 | | 0.00 | FA |
| 9. Chase Checking | 255.00 | 0.00 | | 0.00 | FA |
| 10. Chase Savings | 342.00 | 0.00 | | 0.00 | FA |
| 11. Household | 1,500.00 | 0.00 | | 0.00 | FA |
| 12. CDs | 30.00 | 0.00 | | 0.00 | FA |
| 13. Camera | 50.00 | 0.00 | | 0.00 | FA |
| 14. IRA | 3,500.00 | 0.00 | | 0.00 | FA |
| 15. IL. Tax Refund | 2,000.00 | 2,000.00 | | 0.00 | FA |
| 16. Fed. Tax Redund | 12,000.00 | 12,000.00 | | 10,925.00 | FA |
| 17. 2003 Honda | 1,200.00 | 0.00 | | 0.00 | FA |
| 18. 1999 Ford | 1,300.00 | 0.00 | | 0.00 | FA |
| 19. Trailer, Pace | 500.00 | 0.00 | | 0.00 | FA |
| 20. Trailer, Pace | 200.00 | 0.00 | | 0.00 | FA |
| 21. 2006 Ford | 8,000.00 | 0.00 | | 0.00 | FA |
| 22. 2006 Honda | 18,000.00 | 0.00 | | 0.00 | FA |
| 23. MINO Ltd. (u) | 0.00 | Unknown | | 0.00 | Unknown |
| 24. Selcke Trust | 7,300.00 | Unknown | | 7,333.00 | Unknown |
| 25. Interest (u) | Unknown | N/A | | 15.46 | Unknown |
| 26. Preferential Transfer (u) | 2,500.00 | 0.00 | | 2,500.00 | FA |

LFORM1

**UST Form 101-7-TDR (5/1/2011)** *(Page: 13)*

Ver: 17.00b

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| | | |
|---|---|---|
| Case No: | 10-29031    MB    Judge: Manuel Barbosa | |
| Case Name: | SELCKE, STEVEN RONALD | |

| | |
|---|---|
| Trustee Name: | Roy Safanda |
| Date Filed (f) or Converted (c): | 06/29/10 (f) |
| 341(a) Meeting Date: | 08/04/10 |
| Claims Bar Date: | 04/06/11 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| Preferential Trasfer Settlement | | | | | |

|  |  |  |  |  | Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $221,677.00 | $14,000.00 | | $20,773.46 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Will appoint attny. to investigate trust & LLC

Initial Projected Date of Final Report (TFR): 01/01/12     Current Projected Date of Final Report (TFR): 01/01/13

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit 9

| Case No: | 10-29031 -MB | Trustee Name: | Roy Safanda |
|---|---|---|---|
| Case Name: | SELCKE, STEVEN RONALD | Bank Name: | Old Second National Bank |
| | | Account Number / CD #: | *******1010 Checking Account |
| Taxpayer ID No: | *******8365 | | |
| For Period Ending: | 11/28/12 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 01/06/11 | 24 | Selcke Trust | Trust Dist. | 1223-000 | 1,333.00 | | 1,333.00 |
| 04/12/11 | | Transfer from Acct #*******1028 | Bank Funds Transfer | 9999-000 | 6,002.79 | | 7,335.79 |
| 04/14/11 | 001001 | The Estate of Steven Ronald Selcke | Transf. funds to Cap One | 9999-000 | | 7,335.79 | 0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 7,335.79 | 7,335.79   0.00 |
| Less: Bank Transfers/CD's | 6,002.79 | 7,335.79 |
| Subtotal | 1,333.00 | 0.00 |
| Less: Payments to Debtors | | 0.00 |
| Net | 1,333.00 | 0.00 |

Page Subtotals     7,335.79     7,335.79

Ver: 17.00b

LFORM24

UST Form 101-7-TDR (5/1/2011) (Page: 15)

FORM 2

Page: 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 10-29031 -MB | Trustee Name: | Roy Safanda |
|---|---|---|---|
| Case Name: | SELCKE, STEVEN RONALD | Bank Name: | Old Second National Bank |
| | | Account Number / CD #: | *******1028  Money Market Account |
| Taxpayer ID No: | *******8365 | | |
| For Period Ending: | 11/28/12 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 01/06/11 | 24 | Selcke Trust | Trust Dist. | 1223-000 | 6,000.00 | | 6,000.00 |
| 01/31/11 | 25 | Old Second National Bank | INTEREST | 1270-000 | 0.85 | | 6,000.85 |
| 02/28/11 | 25 | Old Second National Bank | INTEREST | 1270-000 | 0.92 | | 6,001.77 |
| 03/31/11 | 25 | Old Second National Bank | INTEREST | 1270-000 | 1.02 | | 6,002.79 |
| 04/12/11 | | Transfer to Acct #*******1010 | Bank Funds Transfer | 9999-000 | | 6,002.79 | 0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 6,002.79 | 6,002.79 | 0.00 |
| Less: Bank Transfers/CD's | 0.00 | 6,002.79 | |
| Subtotal | 6,002.79 | 0.00 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 6,002.79 | 0.00 | |

Page Subtotals     6,002.79     6,002.79

Ver: 17.00b

LFORM24

UST Form 101-7-TDR (5/1/2011) (Page: 16)

FORM 2

Page: 3

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 10-29031 -MB | Trustee Name: | Roy Safanda |
|---|---|---|---|
| Case Name: | SELCKE, STEVEN RONALD | Bank Name: | Capital One |
| | | Account Number / CD #: | *******7374  Money Market Account |
| Taxpayer ID No: | *******8365 | | |
| For Period Ending: | 11/28/12 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 04/14/11 | | The Estate of Steven Ronald Selcke | Transf. funds to Cap One | 9999-000 | 7,335.79 | | 7,335.79 |
| 05/31/11 | 25 | Capital One | Interest Rate  0.000 | 1270-000 | 0.78 | | 7,336.57 |
| 06/30/11 | 25 | Capital One | INTEREST REC'D FROM BANK | 1270-000 | 0.48 | | 7,337.05 |
| 07/29/11 | 25 | Capital One | Interest Rate  0.000 | 1270-000 | 0.50 | | 7,337.55 |
| 08/31/11 | 25 | Capital One | Interest Rate  0.000 | 1270-000 | 0.43 | | 7,337.98 |
| 09/09/11 | 16 | Steven R. Selcke | | 1124-000 | 8,705.00 | | 16,042.98 |
| 09/30/11 | 25 | Capital One | Interest Rate  0.080 | 1270-000 | 0.83 | | 16,043.81 |
| 10/20/11 | 16 | Steve Selcke | | 1124-000 | 2,220.00 | | 18,263.81 |
| 10/31/11 | 25 | Capital One | Interest Rate  0.080 | 1270-000 | 1.13 | | 18,264.94 |
| 11/30/11 | 25 | Capital One | Interest Rate  0.080 | 1270-000 | 1.20 | | 18,266.14 |
| 12/30/11 | 25 | Capital One | Interest Rate  0.080 | 1270-000 | 1.24 | | 18,267.38 |
| 01/31/12 | 25 | Capital One | Interest Rate  0.080 | 1270-000 | 1.24 | | 18,268.62 |
| 02/29/12 | 25 | Capital One | Interest Rate  0.080 | 1270-000 | 1.16 | | 18,269.78 |
| 03/30/12 | 25 | Capital One | Interest Rate  0.080 | 1270-000 | 1.24 | | 18,271.02 |
| 04/30/12 | 25 | Capital One | Interest Rate  0.080 | 1270-000 | 1.20 | | 18,272.22 |
| 05/31/12 | 25 | Capital One | Interest Rate  0.080 | 1270-000 | 1.24 | | 18,273.46 |
| 06/01/12 | | Transfer to Acct #*******7382 | Bank Funds Transfer | 9999-000 | | 18,273.46 | 0.00 |

| | COLUMN TOTALS | 18,273.46 | 18,273.46 | 0.00 |
|---|---|---|---|---|
| | Less: Bank Transfers/CD's | 7,335.79 | 18,273.46 | |
| Subtotal | | 10,937.67 | 0.00 | |
| | Less: Payments to Debtors | | 0.00 | |
| Net | | 10,937.67 | 0.00 | |

Page Subtotals    18,273.46    18,273.46

Ver: 17.00b

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 17)*

FORM 2

Page: 4

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 10-29031 -MB | Trustee Name: | Roy Safanda |
|---|---|---|---|
| Case Name: | SELCKE, STEVEN RONALD | Bank Name: | Capital One |
| | | Account Number / CD #: | *******7382  Checking Account |
| Taxpayer ID No: | *******8365 | | |
| For Period Ending: | 11/28/12 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 06/01/12 | 26 | Julie A. Selcke | Preferential Transfer Settlement | 1241-000 | 2,500.00 | | 2,500.00 |
| 06/01/12 | | Transfer from Acct #*******7374 | Bank Funds Transfer | 9999-000 | 18,273.46 | | 20,773.46 |
| 08/31/12 | 001001 | Roy Safanda<br>111 East Side Drive<br>Geneva, IL  60134 | Chapter 7 Compensation/Expense | | | 2,968.81 | 17,804.65 |
| | | | Fees       2,827.35 | 2100-000 | | | |
| | | | Expenses     141.46 | 2200-000 | | | |
| 08/31/12 | 001002 | Roy Safanda<br>Trustee's Attorney<br>Safanda Law Firm<br>111 East Side Dr.<br>Geneva, IL 60134 | Attorney for Trustee Fees (Trustee | 3110-000 | | 2,512.50 | 15,292.15 |
| 08/31/12 | 001003 | Thomas E. Springer<br>Springer, Brown, et al.<br>400 S. County Farm Rd., Ste. 330<br>Wheaton, IL 60187 | Attorney for Trustee Fees (Trustee | 3110-000 | | 10,586.50 | 4,705.65 |
| 08/31/12 | 001004 | Clerk of the U.S. Bankruptcy Code | Clerk of the Courts Costs (includes | 2700-000 | | 293.00 | 4,412.65 |
| 08/31/12 | 001005 | James J. Ricke and Carol Ricke<br>770 W. Hawthorne Lane<br>West Chicago, IL 60185 | Claim 000003, Payment 4.55835% | 7100-000 | | 1,423.14 | 2,989.51 |
| 08/31/12 | 001006 | PYOD LLC its successors and assigns as assignee of<br>Citibank, NA<br>c/o Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602- | Claim 000005, Payment 4.55834% | 7100-000 | | 457.61 | 2,531.90 |
| 08/31/12 | 001007 | Julie A Selcke<br>125 Lakeview Dr #208<br>Bloomingdale, IL 60108 | Claim 000007, Payment 4.55835% | 7100-000 | | 2,531.90 | 0.00 |

Page Subtotals       20,773.46       20,773.46

Ver: 17.00b

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 18)*

FORM 2

Page: 5

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 10-29031 -MB | Trustee Name: | Roy Safanda |
| --- | --- | --- | --- |
| Case Name: | SELCKE, STEVEN RONALD | Bank Name: | Capital One |
| | | Account Number / CD #: | *******7382 Checking Account |
| Taxpayer ID No: | *******8365 | | |
| For Period Ending: | 11/28/12 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 20,773.46 | 20,773.46 | 0.00 |
| | | | Less: Bank Transfers/CD's | | 18,273.46 | 0.00 | |
| | | | Subtotal | | 2,500.00 | 20,773.46 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | Net | | 2,500.00 | 20,773.46 | |

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
| --- | --- | --- | --- |
| TOTAL - ALL ACCOUNTS | | | |
| Checking Account - ********1010 | 1,333.00 | 0.00 | 0.00 |
| Money Market Account - ********1028 | 6,002.79 | 0.00 | 0.00 |
| Money Market Account - ********7374 | 10,937.67 | 0.00 | 0.00 |
| Checking Account - ********7382 | 2,500.00 | 20,773.46 | 0.00 |
| | 20,773.46 | 20,773.46 | 0.00 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals 0.00 0.00

Ver: 17.00b

LFORM24

UST Form 101-7-TDR (5/1/2011) (Page: 19)